IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
01 MAY 23 PM 3:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JONATHAN COHEN, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 00-S-0263-NE |
| DR. CAIN, | ) | |
| Defendant. | ) | |

ENTERED
MAY 23 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 16, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgement will be entered.

DATED this 23rd day of May, 2001.

UNITED STATES DISTRICT JUDGE

